# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. O'BRIEN, III, <br> KEVIN O'BRIEN, <br><br> Plaintiffs, <br><br> v. <br><br> ORPHANS COURT OF MONTGOMERY COUNTY <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br><br><br> NO. 2:24-cv-02897 |

## ORDER

**AND NOW**, this 27th day of October, 2025, upon consideration of the Motion to Dismiss Plaintiffs' Complaint filed on behalf of Defendant Orphans Court of Montgomery County (ECF No. 6), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The Complaint is **DISMISSED**, with prejudice.

BY THE COURT:

_____
Hon. Mia R. Perez